**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Larry L. Wisser** | : | |
| | **Cathleen Wisser** | : | |
| | | : | **Chapter 12** |
| | | : | **No. 19-12655ref REF** |
| | | : | |

## ORDER

**AND NOW**, Debtors are granted until May 23, 2019 to file their Chapter 12 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: May 13, 2019**

_____
Richard E. Fehling, Bankruptcy Judge