United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12655-ref
Larry L Wisser                                                          Chapter 12
Cathleen Wisser
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: May 13, 2019
                             Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db/jdb       +Larry L Wisser,   Cathleen Wisser,   8149 Bausch Rd,   New Tripoli, PA 18066-3614
cr           +Northwest Bank,   c/o Charles N. Shurr, Jr., Esquire,   KozloffStoudt,   2640 Westview Drive,
              Wyomissing, PA 19610-1186
cr           +Northwest Bank, successor to Union Community Bank,   c/o Charles N. Shurr, Jr., Esquire,
              Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              CHARLES N. SHURR, JR.   on behalf of Creditor    Northwest Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              CHARLES N. SHURR, JR.   on behalf of Creditor    Northwest Bank, successor to Union Community Bank
               cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JOHN EVERETT COOK   on behalf of Joint Debtor Cathleen  Wisser bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK   on behalf of Debtor Larry L Wisser bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              REBECCA ANN SOLARZ   on behalf of Creditor    United States of America, Acting through USDA
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **Larry L. Wisser** | : |
| | **Cathleen Wisser** | : |
| | | :     **Chapter 12** |
| | | :     **No. 19-12655ref REF** |
| | | : |

## ORDER

**AND NOW**, Debtors are granted until May 23, 2019 to file their Chapter 12 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: May 13, 2019**

_____
Richard E. Fehling, Bankruptcy Judge