# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Larry L. Wisser | : |  |
|---|---|---|---|
|  | Cathleen Wisser | : |  |
|  |  | : | **Chapter 12** |
|  |  | : | **No. 19-12655ref REF** |
|  |  | : |  |

## **ORDER**

**AND NOW**, Debtors are granted until June 6, 2019 to file their Chapter 12 Schedules, Statement of Financial Affairs, Plan and all missing documents.

BY THE COURT:

**Date: May 22, 2019**

_____
Richard E. Fehling, Bankruptcy Judge