IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-12655 |
| | : | |
| LARRY L. WISSER and | : | |
| CATHLEEN R. WISSER, | : | |
| Debtors | : | Chapter 12 |

### ORDER

AND NOW, this **23** day of **May**, 2019 upon consideration of the Objection of Northwest Bank to Debtors' Motion to Impose Automatic Stay, for good and sufficient cause shown, it is hereby

ORDERED that the Objection is SUSTAINED and the Debtors' Motion to Impose Automatic Stay is hereby DENIED, and it is further

ORDERED that ~~this bankruptcy case is dismissed and the Debtors are barred from filing bankruptcy for a period of 180 days from the date of this Order.~~ *all secured creditors are reminded that the automatic stay is terminated, pursuant to section 362(c)(3) solely as to property of the Debtors.*

BY THE COURT:

**May 23, 2019**

_____
Richard E. Fehling
Chief, United States Bankruptcy Judge

Copies To:    See Attached Service List.

## ORDER SERVICE LIST

Larry L Wisser
Cathleen Wisser
8149 Bausch Rd
New Tripoli, PA 18066

John Everett Cook, Esquire
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott F. Waterman, Esquire
Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Amerassist AR Solution
1105 Schrock Rd., Ste. 502
Columbus, OH 43229-1174

American Bank
4029 W. Tilghman St.
Allentown, PA 18104

Daniel S. Farm Store
c/o Amerassist AR Solution
1105 Schrock Rd., Ste. 502
Columbus, OH 43229-1174

Jack Seitz Esquire
1620 Pond Rd.
Allentown, PA 18104-2266

New Tripoli Bank
6748 Madison St.
New Tripoli, PA 18066-3944

Pa Dept. of Revenue
P.O. Box 280432
Harrisburg, PA 17128-0432

Penn Jersey Products, Inc.
P.O. Box 7
New Holland, PA 17557-0007

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610