United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Larry L Wisser                                                  Case No. 19-12655-ref
Cathleen Wisser                                                 Chapter 12
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2           Date Rcvd: May 23, 2019
                              Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db/jdb         +Larry L Wisser,   Cathleen Wisser,   8149 Bausch Rd,   New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +Northwest Bank, successor to Union Community Bank,   c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,   2640 Westview Drive,   Wyomissing, PA 19610-1186
14314076       +American Bank,   4029 W Tilghman St,   Allentown, PA 18104-4454
14314077        Charles N. Shurr, Jr., Esq.,   Kozloff Stoudt,   2640 Westview Dr,   Wyomissing, PA  19610-1186
14314078        Daniel S Farm Store,   %Amerassist AR Solution,   1105 Schrock Rd Ste 502,
                 Columbus, OH  43229-1174
14314079       +Jack Seitz Esq,   1620 Pond Rd,   Allentown, PA 18104-2255
14314080        New Tripoli Bank,   6748 Madison St,   New Tripoli, PA  18066-3944
14314807       +Northwest Bank,   c/o Charles N. Shurr, Jr., Esquire,   KozloffStoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
14314081        Pa Dept. of Revenue,   PO Box 280432,   Harrisburg, PA  17128-0432
14314082        Penn Jersey Products, Inc.,   PO Box 7,   New Holland, PA  17557-0007
14314083        Union Community Bank,   now Northwest Bank,   PO Box 128,   Warren, PA  16365-0128
14323164       +United States of America, Acting through USDA,   KML Law Group, P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 24 2019 02:47:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14314075        E-mail/Text: bankruptcies@amerassist.com May 24 2019 02:47:27     Amerassist AR Solution,
                 1105 Schrock Rd Ste 502,   Columbus, OH  43229-1174
14323870        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 24 2019 02:46:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14314074        19-12655
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Northwest Bank,   c/o Charles N. Shurr, Jr., Esquire,   KozloffStoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank, successor to Union Community Bank
               cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Cathleen  Wisser bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com

```
District/off: 0313-4          User: SaraR              Page 2 of 2           Date Rcvd: May 23, 2019
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOHN EVERETT COOK    on behalf of Debtor Larry L Wisser bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
          REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :       Bankruptcy No. 19-12655
                                                :
LARRY L. WISSER and                             :
CATHLEEN R. WISSER,                             :
                        Debtors                 :       Chapter 12

## ORDER

AND NOW, this **23** day of **May**, 2019 upon consideration of the Objection of Northwest Bank to Debtors' Motion to Impose Automatic Stay, for good and sufficient cause shown, it is hereby

ORDERED that the Objection is SUSTAINED and the Debtors' Motion to Impose Automatic Stay is hereby DENIED, and it is further

ORDERED that ~~this bankruptcy case is dismissed and the Debtors are barred from filing bankruptcy for a period of 180 days from the date of this Order.~~ all secured creditors are reminded that the automatic stay is terminated, pursuant to Section 362(c)(3) solely as to property of the Debtors.

BY THE COURT:

**May 23, 2019**

R____ E____
Richard E. Fehling
Chief, United States Bankruptcy Judge

Copies To:    See Attached Service List.

## ORDER SERVICE LIST

Larry L Wisser
Cathleen Wisser
8149 Bausch Rd
New Tripoli, PA 18066

John Everett Cook, Esquire
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott F. Waterman, Esquire
Chapter 12 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Amerassist AR Solution
1105 Schrock Rd., Ste. 502
Columbus, OH 43229-1174

American Bank
4029 W. Tilghman St.
Allentown, PA 18104

Daniel S. Farm Store
c/o Amerassist AR Solution
1105 Schrock Rd., Ste. 502
Columbus, OH 43229-1174

Jack Seitz Esquire
1620 Pond Rd.
Allentown, PA 18104-2266

New Tripoli Bank
6748 Madison St.
New Tripoli, PA 18066-3944

Pa Dept. of Revenue
P.O. Box 280432
Harrisburg, PA 17128-0432

Penn Jersey Products, Inc.
P.O. Box 7
New Holland, PA 17557-0007

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610