IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Bankruptcy No. 19-12655
:
LARRY L. WISSER and :
CATHLEEN R. WISSER, :
                  Debtors : Chapter 12
:
: Hearing Date: July 16, 2019
: Hearing Time: 12:30 p.m.
:
: United States Bankruptcy Court
: Courtroom No. 1, The Madison Building
: 400 Washington Street
: Reading, PA 19601

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     Northwest Bank has filed a Motion to Dismiss Bankruptcy Case with Prejudice, or in the alternative, for In Rem Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate located at 8281 Holbens Valley Road, New Tripoli, Pennsylvania.

     **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

     1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 28, 2019 you or your attorney must do <u>all</u> of the following:

          (a)    file an answer explaining your position at

                Clerk, United States Bankruptcy Court
                Eastern District of Pennsylvania
                The Madison Building
                400 Washington Street, Suite 301
                Reading, PA 19601

     If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)  mail a copy to the movant's attorney:

     Charles N. Shurr, Jr., Esquire
     Kozloff Stoudt
     2640 Westview Drive
     Wyomissing, PA 19610
     Telephone: (610) 670-2552
     Facsimile: (610) 670-2591

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on Tuesday, July 16, 2019 at 12:30 p.m. in the United States Bankruptcy Court, The Madison Building, Courtroom No. 1, 400 Washington Street, Reading, Pennsylvania 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 14, 2019       **KOZLOFF STOUDT**

              By: *[signature]*
              Charles N. Shurr, Jr., Esquire
              2640 Westview Drive
              Wyomissing, PA 19610
              (610) 670-2552
              Attorneys for Northwest Bank