**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>　　　　　　　　　　　　　　Debtor(s) | BK. NO. 19-12655 MDC |
| United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture<br>　　　　　　　　　　　　　　Movant<br>　　　　　　　v.<br>Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>　　　　　　　　　　　　　　Debtor(s)<br>　　　　　　and<br>Scott Waterman<br>　　　　　　　　　　　　　　Trustee | CHAPTER 12 |

**ORDER**

　　　AND NOW, this   19th   day of   June  , 2019 upon Motion of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture, it is;

　　　**ORDERED THAT:** The clerk of court shall refund to KML Law Group, P.C. the sum of $181.00 within thirty (30) days at the following address;

　　　KML LAW GROUP, P.C.
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106-1532

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

cc: See attached service list:

Cathleen Wisser aka Cathleen Wisser
8149 Bausch Rd
New Tripoli, PA 18066

Larry L. Wisser aka Larry Wisser
8149 Bausch Rd
New Tripoli, PA 18066

John Everett Cook
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532