**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cathleen Wisser aka Cathleen Wisser<br>         Larry L. Wisser aka Larry Wisser<br>                                                          Debtor(s) | |
| United States of America, Acting through USDA,<br>Farm Service Agency, a successor agency to the<br>Farmers Home Administration, United States<br>Department of Agriculture<br>                                                          Movant<br>                          v.<br>Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>                                                          Debtor(s)<br>                          and<br>Scott Waterman<br>                                                          Trustee | BK. NO. 19-12655 MDC<br><br>CHAPTER 12 |

**AMENDED
ORDER**

      AND NOW, this    27th    day of    June   , 2019 upon Motion of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture, it is;

      **ORDERED THAT:** The clerk of court shall refund to KML Law Group, P.C. the sum of $181.00 via Pay.Gov.

                                                          Magdeline D. Coleman,
                                                          Chief United States Bankruptcy Judge

cc: See attached service list:

Cathleen Wisser aka Cathleen Wisser
8149 Bausch Rd
New Tripoli, PA 18066

Larry L. Wisser aka Larry Wisser
8149 Bausch Rd
New Tripoli, PA 18066

John Everett Cook
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532