United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12655-mdc
Larry L Wisser                                                                  Chapter 12
Cathleen Wisser
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi          Page 1 of 1          Date Rcvd: Jun 28, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db/jdb        +Larry L Wisser,   Cathleen Wisser,   8149 Bausch Rd,   New Tripoli, PA 18066-3614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
          CHARLES N. SHURR, JR.   on behalf of Creditor    Northwest Bank cshurr@kozloffstoudt.com,
          jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          CHARLES N. SHURR, JR.   on behalf of Creditor    Northwest Bank, successor to Union Community Bank
          cshurr@kozloffstoudt.com,
          jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JOHN EVERETT COOK   on behalf of Joint Debtor Cathleen  Wisser bankruptcy@everettcooklaw.com,
          G29494@notify.cincompass.com
          JOHN EVERETT COOK   on behalf of Debtor Larry L Wisser bankruptcy@everettcooklaw.com,
          G29494@notify.cincompass.com
          REBECCA ANN SOLARZ   on behalf of Creditor    United States of America, Acting through USDA
          bkgroup@kmllawgroup.com
          ROBERT W. PONTZ   on behalf of Creditor    Timac Agro USA, Inc. BobP@bcgl-law.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Cathleen Wisser aka Cathleen Wisser<br>          Larry L. Wisser aka Larry Wisser<br><br>                                              Debtor(s)<br><br>United States of America, Acting through USDA,<br>Farm Service Agency, a successor agency to the<br>Farmers Home Administration, United States<br>Department of Agriculture<br>                                              Movant<br>                          v.<br>Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br><br>                                              Debtor(s)<br>                          and<br>Scott Waterman<br><br>                                              Trustee | BK. NO. 19-12655 MDC<br><br>CHAPTER 12 |

**AMENDED
ORDER**

       AND NOW, this   27th   day of    June   , 2019 upon Motion of United States of America,
Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration,
United States Department of Agriculture, it is;

       **ORDERED THAT:** The clerk of court shall refund to KML Law Group, P.C. the sum of
$181.00 via Pay.Gov.

                                                                        _Magdeline D. Coleman_
                                                              _____
                                                              Magdeline D. Coleman,
                                                              Chief United States Bankruptcy Judge

cc: See attached service list:

Cathleen Wisser aka Cathleen Wisser
8149 Bausch Rd
New Tripoli, PA 18066

Larry L. Wisser aka Larry Wisser
8149 Bausch Rd
New Tripoli, PA 18066

John Everett Cook
The Law Offices of Everett Cook, P.C.
2309 MacArthur Road
Whitehall, PA 18052

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532