IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>　　　　　Debtor(s) | CHAPTER 12 |
| United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture<br>　　　　　Movant<br>vs. | NO. 19-12655 MDC |
| Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>　　　　　Debtor(s) | 11 U.S.C. Section 109; 362; 1208(c) |
| Scott Waterman<br>　　　　　Trustee | |

## ORDER

AND NOW, this 31st day of July, 2019, upon consideration of the Motion of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture to Dismiss the Bankruptcy Case of Cathleen Wisser aka Cathleen Wisser and Larry L. Wisser aka Larry Wisser, pursuant to 11 U.S.C. §§ 109 and 1208(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; ~~and it is hereby~~

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the Chattel secured by its loans, as supported by its Proof of Claim in this Bankruptcy; and it is hereby

FURTHER ORDERED AND DECREED that the Debtors are hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order; and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Chattel for a period of one year from the date of this Order.

                                        _Magdeline D. C_____
                                                    United States Bankruptcy Judge.