```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                               Case No. 19-12655-mdc
Larry L Wisser                                                       Chapter 12
Cathleen Wisser
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Randi                 Page 1 of 2                Date Rcvd: Aug 01, 2019
                              Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db/jdb         +Larry L Wisser,    Cathleen Wisser,    8149 Bausch Rd,   New Tripoli, PA 18066-3614
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +Northwest Bank, successor to Union Community Bank,    c/o Charles N. Shurr, Jr., Esquire,
                 Kozloff Stoudt,   2640 Westview Drive,    Wyomissing, PA 19610-1186
cr             +Timac Agro USA, Inc.,   P.O. Box 888,    Reading, PA 19607-0888
14314076       +American Bank,   4029 W Tilghman St,    Allentown, PA 18104-4454
14314077        Charles N. Shurr, Jr., Esq.,    Kozloff Stoudt,   2640 Westview Dr,   Wyomissing, PA  19610-1186
14314078        Daniel S Farm Store,    %Amerassist AR Solution,   1105 Schrock Rd Ste 502,
                 Columbus, OH  43229-1174
14314079       +Jack Seitz Esq,   1620 Pond Rd,    Allentown, PA 18104-2255
14314080        New Tripoli Bank,   6748 Madison St,    New Tripoli, PA  18066-3944
14314807       +Northwest Bank,   c/o Charles N. Shurr, Jr., Esquire,    KozloffStoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
14314081        Pa Dept. of Revenue,   PO Box 280432,    Harrisburg, PA  17128-0432
14314082        Penn Jersey Products, Inc.,    PO Box 7,   New Holland, PA  17557-0007
14341111       +Timac Agro USA Inc.,   c/o Robert W. Pontz, Esq.,    Brubaker Connaughton Goss &,
                 Lucarelli LLC,   480 New Holland Ave., Ste. 6205,    Lancaster, PA 17602-2227
14345727       +Timac Agro USA, Inc.,   c/o Robert W. Pontz, Esquire,    480 New Holland Avenue, Suite 6205,
                 Lancaster, PA 17602-2227
14314083        Union Community Bank,   now Northwest Bank,    PO Box 128,   Warren, PA  16365-0128
14342517       +United States of America,    Acting through USDA Farm Service Agency,
                 Berks Farm Service Agency,    1238 County Welfare Rd, Suite 240,   Leesport PA 19533-9710
14323164       +United States of America, Acting through USDA,    KML Law Group, P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2019 03:15:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14314075        E-mail/Text: bankruptcies@amerassist.com Aug 02 2019 03:15:51      Amerassist AR Solution,
                 1105 Schrock Rd Ste 502,   Columbus, OH  43229-1174
14323870        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2019 03:15:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14314074         19-12655
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Northwest Bank,   c/o Charles N. Shurr, Jr., Esquire,    KozloffStoudt,   2640 Westview Drive,
                 Wyomissing, PA 19610-1186
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Randi                Page 2 of 2              Date Rcvd: Aug 01, 2019
                              Form ID: pdf900            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:

```
          CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank, successor to Union Community Bank
           cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          CHARLES N. SHURR, JR.    on behalf of Creditor    Northwest Bank cshurr@kozloffstoudt.com,
           jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
          JOHN EVERETT COOK    on behalf of Joint Debtor Cathleen  Wisser bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          JOHN EVERETT COOK    on behalf of Debtor Larry L Wisser bankruptcy@everettcooklaw.com,
           G29494@notify.cincompass.com
          REBECCA ANN SOLARZ    on behalf of Creditor    United States of America, Acting through USDA
           bkgroup@kmllawgroup.com
          ROBERT W. PONTZ    on behalf of Creditor    Timac Agro USA, Inc. BobP@bcgl-law.com
          SCOTT F. WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 12) SWaterman@ReadingCh13.com,
           scottfwaterman@gmail.com
          SCOTT F. WATERMAN (Chapter 12)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>    Debtor(s) | CHAPTER 12 |
| United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture<br>    Movant<br>vs. | NO. 19-12655 MDC |
| Cathleen Wisser aka Cathleen Wisser<br>Larry L. Wisser aka Larry Wisser<br>    Debtor(s) | 11 U.S.C. Section 109; 362; 1208(c) |
| Scott Waterman<br>    Trustee | |

## ORDER

AND NOW, this 31st day of July, 2019, upon consideration of the Motion of United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture to Dismiss the Bankruptcy Case of Cathleen Wisser aka Cathleen Wisser and Larry L. Wisser aka Larry Wisser, pursuant to 11 U.S.C. §§ 109 and 1208(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and United States of America, Acting through USDA, Farm Service Agency, a successor agency to the Farmers Home Administration, United States Department of Agriculture is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the Chattel secured by its loans, as supported by its Proof of Claim in this Bankruptcy; and it is hereby

FURTHER ORDERED AND DECREED that the Debtors are hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order; and it is hereby

FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Chattel for a period of one year from the date of this Order.

_Magdeline D. C_____
United States Bankruptcy Judge.