**UNITED STATES BANKRUPTCY COURT**

Eastern____ **DISTRICT OF** Pennsylvania

Reading_____ DIVISION

In re:
Larry L. Wisser
Cathleen Wisser
    Debtor(s)

§
§
§
§

Case No. 19-12655-MDC

Chapter 12

## CHAPTER 12 CASE TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Scott F. Waterman___, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 4/25/19 [*if applicable*, and was converted to chapter 12 on _____].

2) The plan was confirmed on _N/A_____.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on _N/A___, _____.

4) The trustee filed action to remedy default by the debtor in performance under the plan on _N/A___, _____.

5) The case was [completed, discharged under 11 U.S.C. § 1228(b), transferred, converted, dismissed] on _7/31/2019

6) Number of months from filing or conversion to last payment: _N/A_.

7) Number of months case was pending: _3_____.

8) Total value of assets abandoned by court order: _0_____

9) Total value of assets exempted: _0_____.

10) Amount of unsecured claims discharged without full payment_0_____.

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

OR

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have not been submitted to the United States Trustee. The following checks (number and amount) have not cleared the bank:

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $_____ |
| Less amount refunded to debtor | $_____ |
| **NET RECEIPTS:** | $_____ |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $_____ |
| Court Costs | $_____ |
| Trustee Expenses & Compensation | $_____ |
| Other | $_____ |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $_____ |

Attorney fees paid and disclosed by debtor:     $_____

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

UST Form 101-12-FR-C (09/01/2009)

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | | | |
| Mortgage Arrearage | | | |
| Debt Secured by Vehicle | | | |
| All Other Secured | | | |
| **TOTAL SECURED:** | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | | | |
| Domestic Support Ongoing | | | |
| All Other Priority | | | |
| **TOTAL PRIORITY:** | | | |
| **GENERAL UNSECURED PAYMENTS:** | | | |

## Disbursements:

Expenses of Administration          $ _____
Disbursements to Creditors          $ _____

**TOTAL DISBURSEMENTS :**                                    $ Ø_____

*In cases which are converted to another chapter, use this paragraph:*

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

*For all other cases:*

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 8/13/19          By: _____
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.